**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Strategic Coach, Inc., a Canadian corporation, | Case No.   2:20-cv-00414-DLR |
| Plaintiff, | |
| v. | **Notice of Settlement** |
| Dean Graziosi, an individual; BBG Enterprises, LLC, a Wyoming limited liability company; and Dean Enterprises, LLC, an Arizona limited liability company, | |
| Defendant. | |

The Parties hereby notify the Court that they believe they have reached a settlement in principle. The parties are in the process of documenting their agreement and request a stay of all of the deadlines in this matter for thirty (30) days until they can finalize an agreement.

DATED this 16th day of July, 2021.

**Jaburg & Wilk, P.C.**

/s/  Maria Crimi Speth
Maria Crimi Speth
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
*Attorneys for Defendants*

JABURG|WILK
Attorneys at Law

1

***Certificate of Service***

I hereby certify that on the 16th day of July, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eric M. Fraser
Osborn Maledon, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012
efraser@omlaw.com


Robert J. Yorio
Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, California  94025
yorio@carrferrell.com

*Attorneys for Plaintiff*



/s/ Joy Brown